# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**ZAID NASSAR,**
       **Plaintiff**

**-vs-**      Case No.    **C-1-10-31**

**BUTLER COUNTY JAIL, et al**
       **Defendant**

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    A decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Defendant's Motion for Summary Judgment is GRANTED. This case is Terminated on the docket of this Court.**

                                      JAMES BONINI,  CLERK

                                    By:s/   Darlene Maury
                                    Darlene Maury, Deputy Clerk